## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

AMELDA JONES and DELROY  :
    EDMONDSON, Plaintiffs  :
v.  :
    :
FEDERAL NATIONAL MORTGAGE  :
    ASSOCIATION and SPADACCINO  :
    REALTY TEAM, LLC  :    JULY 11, 2016

## COMPLAINT

### NATURE OF CLAIM

1. This is a civil action for damages brought pursuant to the principles of the common law of the State of Connecticut.

### JURISDICTION AND VENUE

2. Jurisdiction of this Court is founded upon 12 U.S.C. § 1723a(a) and 28 U.S.C. § 1331. This Court has supplemental jurisdiction over state law claims stated herein pursuant to 28 U.S.C. § 1367.

3. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b) as a substantial part of the acts or omissions giving rise to Plaintiffs' claims occurred in this district and a substantial part of the property that is the subject of this action is situated.

### PARTIES

4. At all times mentioned herein, Plaintiffs Amelda Jones and Delroy Edmondson (hereinafter "Plaintiffs"), were the owners of property located at 443 - 445 Wilmot Avenue, Bridgeport, Connecticut.

5. At all times mentioned herein, Defendant Federal National Mortgage Association (hereinafter "Fannie Mae") maintained its principal office in the District of Columbia or

the metropolitan area thereof and was a District of Columbia corporation.

6. At all times mentioned herein, Spadaccino Realty Team, LLC (hereinafter "Spadaccino"), was a Connecticut limited liability company with a principal place of business at 1653 Capitol Avenue, Bridgeport, Connecticut.

7. At all times mentioned herein, Fannie Mae had foreclosed the mortgage on the property located at 433 - 435 Wilmot Avenue, Bridgeport, Connecticut and the property was not occupied.

8. At all times mentioned herein, Fannie Mae was the record owner and was in possession and control of the property located at 433 - 435 Wilmot Avenue, Bridgeport, Connecticut.

9. At all times mentioned herein, Spadaccino was contracted by Fannie Mae to inspect, secure and maintain the property located at 433 - 435 Wilmot Avenue, Bridgeport, Connecticut.

## COUNT ONE

10. At all times mentioned herein, Defendants Fannie Mae and Spadaccino knew, or in the exercise of reasonable care, should have known, that vacant properties in Bridgeport were targeted by criminals for removal of copper piping.

11. At all times mentioned herein, Defendants Fannie Mae and Spadaccino had a duty to exercise reasonable care to inspect, secure and maintain the property located at 433 - 435 Wilmot Avenue, Bridgeport, Connecticut and to prevent dangerous or harmful conditions from encroaching on adjacent properties.

12. On or about August 10, 2015, an unknown party entered the property at 433 - 435 Wilmot Avenue, Bridgeport, Connecticut and removed copper piping causing water

to flow.

13.  The water flowing from the missing pipes at 433 - 435 Wilmot Avenue encroached and entered the Plaintiffs' property causing extensive damage and losses to Plaintiff's financial detriment.

14.  The damage and losses sustained by the Plaintiffs were caused by the negligence and carelessness of Defendants, and/or their agents, servants or employees, in one or more of the following ways:

   a.  In that they failed to maintain the property in a manner to discourage and prevent criminal activity on the property;

   b.  In that they failed to take adequate measures to secure the property to prevent criminal activity;

   c.  In that they failed to inspect the property in a manner to identify the existence potentially dangerous and harmful conditions such as excessive water flowing; and/or

   d.  In that they failed to warn the owners of adjacent properties that 433 - 435 Wilmot Avenue was vacant and could be targeted for criminal activity.

## COUNT TWO

15.  Plaintiffs' use and enjoyment of their property was invaded by the water encroachment from 433 - 435 Wilmot Avenue.

16.  Defendants' conduct was the proximate cause of the water encroachment on the Plaintiffs' property.

**WHEREFORE**, the Plaintiffs claim damages.

                THE PLAINTIFFS
                AMELDA JONES and DELROY
                EDMONDSON

By: _____
     Kevin A. Coles, Esq.
     Coles, Baldwin & Kaiser, LLC
     1 Eliot Place, Third Floor
     Fairfield, CT 06824
     Telephone (203) 319-0800
     Facsimile (203) 319-1210
     Email: kcoles@cbklaw.net
     Juris No. 412711